# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ERIE INSURANCE EXCHANGE | No. 34 EAL 2018 |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| LITTLE DUCKLINGS DAY CARE ASSOCIATES, LP, LITTLE DUCKLINGS DAYCARE GP LLC AND LITTLE DUCKLINGS DAYCARE & PRESCHOOL, MARYANN C. TOLSON AND RICHARD TOLSON, ANN MARIE DELUCA AND MICHAEL DELUCA, THE ESTATE OF CARMEN NERI AND MICHAEL G. NERI, | |
| PETITION OF: THE ESTATE OF CARMEN NERI; AND MICHAEL G. NERI | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.